THE GRAY EAGLES, INC v LUCCHESI

New Trial—Appellate Courts—Trial Courts—Limits of New Trial.

A trial court is proscribed from exceeding the specified limits set by an appellate court when the appellate court orders a new trial and specifies the limits thereof.

Appeal from Houghton, Stephen D. Condon, J. Submitted Division 3 June 28, 1973, at Menominee. (Docket No. 14938.) Decided September 27, 1973.

Complaint by The Gray Eagles, Inc., against Geno Lucchesi for damages to its airplane. Judgment for defendant. Plaintiff appealed to the Court of Appeals. Reversed and remanded for trial as to plaintiff's bailment theory of strict liability. The trial court ordered the trial limited to plaintiff's bailment theory of strict liability. Plaintiff appeals by leave granted. Affirmed.

*Wisti & Jaaskelainen* (by *Phillip L. Kukkonen*), for plaintiff.

*McLean & McCarthy,* for defendant.

Before: R. B. Burns, P. J., and Quinn and O'Hara,* JJ.

Per Curiam. This case has been previously ap-

Reference for Points in Headnote

58 Am Jur 2d, New Trial §§ 24–28.

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

pealed to this Court, *The Gray Eagles, Inc v Lucchesi,* 37 Mich App 322; 194 NW2d 373 (1971). The case was ordered, "Reversed and remanded for trial as to plaintiff's bailment theory of strict liability".[1] On retrial, the trial court ordered the trial limited to plaintiff's bailment theory of strict liability. Plaintiff took this interlocutory appeal contending the reversal and remand was for a complete new trial, including plaintiff's negligence theory.

This is a recurring problem. It should be laid to rest. When an appellate court specifies the limits of a new trial as it did in this case, the trial court is proscribed from exceeding those specified limits.

The trial judge was correct. We affirm. Costs to the defendant.

---

[1] *The Gray Eagles, Inc v Lucchesi,* 37 Mich App 322, 324; 194 NW2d 373, 374 (1971).